UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PEDRO GUTIERREZ, | ) | CASE NO. 4:08 CV 2965 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| WARDEN GUNJA, | ) | |
| | ) | |
| Respondent. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

<u>/s/Dan Aaron Polster 2/2/09</u>
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE